**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

|                                              | | Case No: 24-CV-01492-RBM-DDL |
| DANNY LEE,                                   | |                               |
| (Pro se)                                     | | Notice of Clarification       |
|              Plaintiff,                      | |   (Exhibit References)        |
|                                              | |                               |
|       v.                                     | |                               |
|                                              | |                               |
| FRANK BISIGNANO, COMMISSIONER OF             | |                               |
| SOCIAL SECURITY ADMINISTRATION               | |                               |
|              Defendant,                      | |                               |
| _____|        |                               |

**NOTICE OF CLARIFICATION (Exhibit References)**

NOTICE OF CLARIFICATION REGARDING EXHIBIT REFERENCES

Plaintiff Danny Lee (pro se) respectfully submits this Notice of Clarification regarding exhibit references in Plaintiff's Objection/Opposition to Defendant's Motion to Dismiss. In the Objection/Opposition, Plaintiff used internal organizational references to "Folder 7." Plaintiff clarifies that those references correspond to exhibits already filed with the Court as follows:

1.      References to "Folder 7, F7-2" and "Folder 7, F7-2–F7-3" correspond to Exhibit 1 (Federal Circuit transfer/jurisdiction documents).
2.      References to "Folder 7, F7-1" correspond to Exhibit 10 (EEOC merits/hearing documentation).

This Notice is submitted solely to aid the Court's review and does not add new arguments or evidence beyond the exhibits already filed.

Dated: January 23, 2026

Respectfully submitted,
*Danny Lee /s/*
Danny Lee (pro se)

dannydlee@yahoo.com