**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

|                                                          | | Case No: 24-CV-01492-RBM-DDL |
| -------------------------------------------------------- | ------------------------------ |
| DANNY LEE, (Pro se)            Plaintiff,                | | ADDITIONAL EVIDENCE          |
| v.                                                       |                                |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION            Defendant, |                                |

**PLAINTIFF'S REQUEST TO SUBMIT ADDITIONAL EVIDENCE AND EXPLAINATION**

Plaintiff Danny Lee requests to have additional evidence of timeliness included.  I am suffering from depression, pain, digestive issues, and financial issues which has made completing this lawsuit difficult.  I am without representation and have been homeless at times due to being without pay.  I have had shingles and been medicated which has been very difficult at times.  I found this email and would like it to be considered part of the file since it documents when the MSPB decision was received.   The date says March 26, 2024 and is proof appeal was timely. For clarification, the exhibit has been labeled exhibit 14 to not conflict with other exhibits submitted.

Dated: January 24, 2026

Respectfully submitted,

*Danny Lee /s/*

Danny Lee, Plaintiff Pro Se