# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  | | Case No: 24-CV-01492-RBM-DDL |
|---|---|---|
| DANNY LEE, (Pro se) | | |
| Plaintiff, | | REQUEST FOR LEAVE TO AMEND COMPLAINT, CLARIFICATION OF SUPPLEMENTAL TIMELINESS EXHIBIT |
| v. | | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | | |
| Defendant, | | |

**EX PARTE MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO AMEND COMPLAINT; CLARIFICATION OF SUPPLEMENTAL TIMELINESS EXHIBIT**

Dear Judge Montenegro:

I, Danny Lee, Pro Se Plaintiff, am not feeling well.  I have been overwhelmed with depression and have had computer issues with old battery and charger.  I have also have attempted to mediate with Social Security Administration, Defendant, and have not received any response**(Exhibit 15)**. I have also recently received a motion to dismiss from Social Security Administration in regards to my EEO complaint that I need to respond to within the deadline.  I feel overwhelmed and cannot afford attorney after spending over $10,000 appealing the wrongful suspensions and termination committed by Social Security Administration.  I respectfully move for: (1) an extension of time to file a Motion for Leave to Amend Complaint under Fed. R. Civ. P. 12(a)(2), and (2)leave to submit a newly located exhibit relevant to timeliness.

### 1. Relief Requested

Plaintiff requests an extension of 45 days from the Court's order (or, in the alternative, 60 days) to file:

(a) Motion for Leave to File an Amended Complaint

(b) Amended Complaint

Plaintiff also request leave to lodge Exhibit 14 (MSPB e-Appeal email notice showing service/notice dated March 26, 2024) for the limited purpose of addressing the Defendant's timeliness arguments.  This in addition to the prior reply and evidence is proof of timeliness.  Plaintiff is also in the process of trying to search older computer and phone for additional evidence but having difficulty.  MSPB never said untimely.  The change in SF-50 is dated 8-15-18.  Joyee Lam at Social Security Administration told me to appeal with MSPB after leaving messages with him for almost a month and I did when I did not get pay nor decision to appealed proposed termination.  I never got the written decision to the appealed proposed termination nor paid administrative leave.  I had

health issues and was in process of losing my home and was homeless and in hospital at times.

**2.  Good Cause for Extension (Health/Disability and Need to Locate Records)**

Plaintiff is disabled and experiencing health limitations and depression symptoms that materially impair his ability to prepare filings on short deadlines.  Plaintiff has history of depression and hip pain.  Plaintiff is acting in good faith and needs additional time to (i) organize the record, (ii) locate and retrieve key documents stored on an older phone and older computer, (iii) prepare a clear amended pleading that directly addresses the issues raised in Defendant's Motion to Dismiss and Reply, and (iv) deal with pending EEO discrimination hearing deadlines.

**3.  Amendment is Warranted and Not Futile**

Defendant seeks dismissal based on timeliness, failure to state claim, res judicata same claim, and argues that certain tolling and procedural facts were not pleaded in the current complaint.  Plaintiff seeks leave to amend to cure any pleading deficiencies and to plead with clarity:
-    the service/notice timing of the MSPB final decision and related diligence facts;
-    mixed-case jurisdictional and transfer posture; and
-    streamlined claims and requested relief.

Because the case remains at the pleadings stage, amendment will not prejudice Defendant and will assist the Court in resolving the case on a complete and accurate record.

**4.  Supplemental Timeliness Exhibit**

Plaintiff recently located the email from MSPB e-Appeal "Notice of Issuance Final Order" that shows the sent date of 3/26/24 9:47 AM.  Plaintiff requests leave to lodge this exhibit (**Exhibit 14**) because it bears directly on Defendant's timeliness arguments and at minimum creates a factual dispute that should not be resolved against Plaintiff at the pleadings stage.  Plaintiff previously tried to send this as an **exhibit 14** on ***Document 18***.  Plaintiff was unclear if he needed to request leave to submit it or if it was considered.  Plaintiff is attempting to locate additional proof in addition to what was already submitted.  The email date should be considered in addition to the other submitted evidence and explainations.

**5.  Conclusion**

For the foregoing reasons, Plaintiff respectfully requests the Court grant the requested extension of (45 days, or alternatively 60 days), permit Plaintiff to file a Motion for Leave to Amend and proposed Amended Complaint within that time, and permit Plaintiff to lodge Exhibit A for timeliness.

Dated March 7, 2026
Respectfully submitted,
*Danny Lee /s/*
Danny Lee, Plaintiff Pro Se
dannydlee@yahoo.com